IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | 1:21CR429-1 |
| | : | |
| KEVIN PHILLIP BROOME | : | |

The Grand Jury charges:

## COUNT ONE

From on or about March 1, 2021, continuing up to and including on or about May 5, 2021, the exact dates to the Grand Jurors unknown, in the County of Cabarrus, in the Middle District of North Carolina, KEVIN PHILLIP BROOME did knowingly receive and attempt to receive any child pornography, as defined in Title 18, United States Code, Section 2256(8), that had been shipped and transported using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce by any means, including by computer; in violation of Title 18, United States Code, Section 2252A(a)(2)(A) and (b)(1).

## COUNT TWO

On or about May 5, 2021, in the County of Cabarrus, in the Middle District of North Carolina, KEVIN PHILLIP BROOME did knowingly possess any material which contained an image of child pornography, as defined in

Title 18, United States Code, Section 2256(8)(A), that involved a prepubescent minor and a minor who had not attained 12 years of age, which had been shipped and transported using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce by any means, including by computer; in violation of Title 18, United States Code, Section 2252A(a)(5)(B) and (b)(2).

## FORFEITURE ALLEGATION

1. The factual allegations contained in this Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 2253.

2. Upon conviction of one or both of the offenses alleged in this Indictment, the defendant, KEVIN PHILLIP BROOME, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253(a)(1) and (a)(3), all visual depictions described in Title 18, United States Code, Sections 2252A or 2252, and any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Chapter 110 of the United States Code; any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and any property,

real or personal, used or intended to be used to commit or promote the commission of the offense or any property traceable to such property.

3. The property subject to forfeiture pursuant to paragraph 2 above may include, but shall not be limited to, the following property of the defendant seized on or about May 5, 2021:

a. HP Laptop, bearing serial number 3T894800RN; and

b. Samsung cell phone, bearing IMEI number 354082110823358.

All in accordance with Title 18, United States Code, Section 2253, Rule 32.2, Federal Rules of Criminal Procedure, and Title 28, United States Code, Section 2461(c).

DATED: December 13, 2021

SANDRA J. HAIRSTON
United States Attorney

BY: K. P. KENNEDY GATES
Assistant United States Attorney

A TRUE BILL:

_____
FOREPERSON